# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-01110-BNB

DY BUN,

    Applicant,

v.

RON WILEY, Warden, Federal Prison Camp – Florence,

    Respondent.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 26 2009

GREGORY C. LANGHAM
CLERK

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

Applicant's motion to certify the class and for appointment of counsel to represent the class filed on May 21, 2009, is DENIED.

Dated: May 26, 2009

Copies of this Minute Order mailed on May 26, 2009, to the following:

Dy Bun
Reg No. 03716-049
Federal Prison Camp
P.O. Box 5000
Florence, CO 81226-5000

                    Secretary/Deputy Clerk